IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORIO VALDIVA-SANDOVAL,<br><br>   Defendant. | CRIMINAL CASE NO.<br><br>1:14-cr-6-JEC-JSA |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [30] recommending accepting defendant's plea of guilty tendered on July 16, 2014.  No objections to the Report and Recommendation [30] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [30] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 11th day of August, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
Circuit Judge, sitting by designation
as District Judge

AO 72A
(Rev.8/82)